

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALLYSON CONNOLLY | : | |
| v. | : | Civil No. WMN-00-2725 |
| BULLDOG HIWAY EXPRESS, et al. | : | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| GRETA McMURDY | : | |
| v. | : | Civil No. WMN-00-3623 |
| BULLDOG HIWAY EXPRESS, et al. | : | |

## ORDER

Before the Court is Defendants Dorby and Boyer's Motion to Consolidate Civil Action No. WMN-00-3623 with Civil Action No. WMN-00-2725. Paper No. 35 (Civil Action No. WMN-00-2725). The Court concludes that it would be in the interest of justice and judicial economy to consolidate these cases, both for discovery and for trial, for the reasons stated in Defendants' motion. Accordingly, IT IS this 23rd day of February, 2001, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendants Dobry and Boyer's Motion to Consolidate, Paper No. 35 (Civil Action No. WMN-00-2725), is hereby GRANTED;

2. That pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above captioned cases are hereby consolidated for all purposes under Civil Action No. WMN-00-2725, and all future pleadings are to be captioned and filed in that

action;

    2.    That all pleadings filed heretofore in Civil Action No. WMN-00-3623 shall be deemed to have been filed in Civil Action No. WMN-00-2725;

    3.    That Civil Action No. WMN-00-3623 is hereby ADMINISTRATIVELY CLOSED; and

    4.    That the Clerk of the Court shall mail or transmit a copy of this Order to all counsel of record.

                                                      */s/ William M. Nickerson*
                                                     William M. Nickerson
                                                     United States District Judge